reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

■

**Paul V. ZAGARRI, Petitioner/Appellant,**

**Wilbert K. SMITH, Appellant,**

v.

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.**

**STATE of Missouri, Respondent.**

No. 66438.

No. 67277.

Missouri Court of Appeals,
Eastern District,
Division One.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

May 23, 1995.

Rehearing Denied June 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Kenneth J. Rothman, Robert S. Adler, St. Louis, for appellant.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

*ORDER*

PER CURIAM.

PER CURIAM.

Petitioner appeals the circuit court's order sustaining the Director of Revenue's suspension of his driving privileges. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the